# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANA LOGEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:09−cv−06524 |
| ) | |
| WINDHAM PROFESSIONALS, INC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

---

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

---

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, DANA LOGEMAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                                Respectfully Submitted,

DATED: December 11, 2009           KROHN & MOSS, LTD.

                                                By:   /s/Adam T. Hill
                                                        Adam T. Hill
                                                        KROHN & MOSS, LTD.
                                                       Attorney for Plaintiff
                                                       120 W. Madison St., 10th Fl.
                                                       Chicago, Illinois 60602
                                                       (312) 578-9428