## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DANA LOGEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:09-cv-06524 |
| | ) |
| WINDHAM PROFESSIONALS, INC, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

### NOTICE OF VOLUNTARY DISMISSAL

DANA LOGEMAN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, WINDHAM PROFESSIONALS, INC (Defendant), in this case.

DATED: January 11, 2010            KROHN & MOSS, LTD.

                                   By:____/s/ Adam T. Hill_____ _____
                                        [ ] Adam T. Hill_
                                        Attorneys for Plaintiff
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd, Suite 401
                                        Los Angeles, CA 90025

VOLUNTARY DISMISSAL

1